IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KIMBERLY A. WOLFER,**

    Plaintiff,

v.

**NANCY A. BERRYHILL,**
Acting Commissioner of Social Security,

    Defendant.

Civ. No. 3:16-cv-01672-CL

**ORDER**

CLARKE, Magistrate Judge.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,411.73 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave Ste 200, Portland OR 97204. There are no costs or expenses.

It is so ORDERED and DATED this ___ day of June, 2018.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 1 – ORDER